**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 07-7274**

—————

RUSSELL LEE MCBEE,

                                        Petitioner - Appellant,

        versus

PATRICIA R. STANSBERRY,

                                        Respondent - Appellee.

—————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Dever, III,
District Judge.  (5:07-hc-02075-D)

—————

Submitted:  November 15, 2007      Decided:  November 27, 2007

—————

Before WILLIAMS, Chief Judge, and MOTZ and DUNCAN, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Russell Lee McBee, Appellant Pro Se.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Russell Lee McBee, a federal prisoner, appeals the district court's judgment denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>McBee v. Stansberry</u>, No. 5:07-hc-02075-D (E.D.N.C. July 5, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>